E-FILED
Tuesday, 26 May, 2026  03:01:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, LOCAL 965, OPERATING ENGINEERS APPRENTICESHIP TRUST FUND, OPERATING ENGINEERS LOCAL 965 ANNUITY TRUST, ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS INDUSTRY ADVANCEMENT FUND, DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 965 POLITICAL EDUCATION FUND, and OPERATING ENGINEERS LOCAL 965, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.    26-3178 |
| MALTBY AG UNLIMITED, INC. and MALTBY EXCAVATING, INC., | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al*., by their attorneys, CAVANAGH & O'HARA LLP, complaining of the defendants, MALTBY AG UNLIMITED, INC. and MALTBY EXCAVATING, INC., and allege as follows:

### Introduction

1. This is a civil action brought under the Employee Retirement Income Security Act of 1974, as amended from time to time and codified at 29 U.S.C. §1001 *et seq.* ("ERISA"), the Labor Management Relations Act of 1947, as amended from time to time and codified at 29 U.S.C.

§141 *et seq.* ("LMRA"), and federal common law, to collect remittance reports, delinquent contributions and other amounts the defendant is obligated to pay under the terms of applicable collective bargaining agreements, the trust agreements, and provisions of ERISA and the LMRA.

**Parties**

2.      Plaintiff Mid Central Operating Engineers Health and Welfare Fund is a multi-employer employee benefit plan that provides welfare, health and other benefits to the employees of participating employers who pay fringe benefit contributions to the plaintiff on behalf of their employees.

3.      Plaintiff Central Pension Fund of the International Union of Operating Engineers and Participating Employers is a is a multi-employer employee benefit plan that provides pension and other benefits to the employees of participating employers who pay fringe benefit contributions to the plaintiff on behalf of their employees.

4.      Plaintiff Local 965, Operating Engineers Apprenticeship Trust Fund is a is a multi-employer employee benefit plan administered in Springfield, Illinois that provides welfare, training and other benefits to the employees of participating employers who pay fringe benefit contributions to the plaintiff on behalf of their employees.

5.      Plaintiff Operating Engineers Local 965 Annuity Trust is a is a multi-employer employee benefit plan administered in Springfield, Illinois that provides retirement and other benefits to the employees of participating employers who pay fringe benefit contributions to the plaintiff on behalf of their employees.

6.      The remaining plaintiffs are either employee benefit funds or labor-management committees, or other plans, committees or funds established pursuant to or referenced in the applicable collective bargaining agreement between the International Union of Operating

Engineers Local Union 965, AFL-CIO (the "Local Union") and The Associated General Contractors of Illinois (the "Association"), whose employers are covered by the applicable collective bargaining agreement with the Union.

7.     Maltby AG Unlimited, Inc. ("Defendant" or "Maltby AG") is a Corporation registered and doing business in Illinois, with a principal place of business in Pawnee, Illinois.

8.     Maltby Excavating, Inc. ("Defendant" or "Maltby Excavating") is a Corporation registered and doing business in Illinois, with a principal place of business in Pawnee, Illinois.

### Jurisdiction

9.     This court has jurisdiction over this case pursuant to Section 502(e)(1) of ERISA because federal district courts have exclusive jurisdiction under ERISA over civil actions cases like the present action (*see* 29 U.S.C. §1132(e)(1)).

10.     This Court also has jurisdiction of this case pursuant to Section 301(a) of the LMRA, which grants the United States original jurisdiction over suits for violation of contracts between an employer and a labor organization in an industry affecting commerce, without respect to the amount in controversy and the citizenship of the parties (s*ee* 29 U.S.C. §185(a)).

11.     To the extent this Complaint sets forth any state law claims, this Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. §1367(a).

### Venue

12.     Venue for civil cases like the present case is proper in a federal district court where the breach took place, where a defendant resides or may be found, or where the employee benefit plan is administered.  *See* §502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2).

13.     Venue for civil cases like the present case is proper in any federal district court having jurisdiction of the parties (*see* §301(a) of LMRA, 29 U.S.C. §185(a)).

14.     Venue is proper in this court because plaintiffs Local No. 965 Apprenticeship Training Fund and Local No. 965 Annuity Fund are administered in Springfield, Illinois, which is located within the venue of the District Court for the Central District of Illinois, Springfield Division.

15.     Venue is proper in this court because this court has jurisdiction over the parties.

### Factual Allegations

16.     Plaintiffs, Mid Central Operating Engineers Health and Welfare Fund, Local 965, Operating Engineers Apprenticeship Trust Fund, Operating Engineers Local 965 Annuity Trust, and Central Pension Fund of the International Union of Operating Engineers and Participating Employers are each administered pursuant to the terms and provisions of certain agreements and declarations of trust, as amended and restated, and maintained in accordance with the provisions of ERISA and the LMRA.

17.     A copy of pertinent provisions of the trust agreements for each of Mid Central Operating Engineers Health and Welfare Fund, Local 649 (Exhibit "A"), Operating Engineers Apprenticeship Trust Fund (Exhibit "B"), Operating Engineers Local 965 Annuity Trust (Exhibit "C"), and Central Pension Fund of the International Union of Operating Engineers and Participating Employers (Exhibit "D") are attached hereto as Exhibits "A", "B", "C" and "D", and fully incorporated herein and made a part hereof by this reference (collectively, the "Trust Agreements").

18.     Maltby Excavating and Maltby AG are each an "Employer" engaged in an industry within the meaning of 29 U.S.C. §§1002 (5), (11), (12) and (14).

19.      Defendants are party to or otherwise bound by a collective bargaining agreement between the Local Union and the Association, titled Articles of Agreement Highway & Heavy

between The Associated General Contractors of Illinois and International Union of Operating Engineers Local No. 965, and effective May 1, 2024 through April 30, 2027 (the "Collective Bargaining Agreement").

20.    A true and accurate copy of the Collective Bargaining Agreement is attached hereto as Exhibit "E", and fully incorporated herein and made a part hereof by this reference.

21.    Defendants employ individuals who are members of and represented by the Local Union.

22.    Defendants employ individuals who are participants in the employee benefit plans administered by the plaintiffs pursuant to the Collective Bargaining Agreement.

23.    Defendants are required under the Collective Bargaining Agreement and Trust Agreements to pay contributions to plaintiffs for certain hours of work performed by its employees each month.

24.    Plaintiff Mid Central Operating Engineers Health and Welfare Fund acts as a point of receipt and collection agent for the other plaintiffs and is authorized to collect contributions owed to the other plaintiffs under the Collective Bargaining Agreement for work performed in the jurisdiction of the Local Union.

25.    Pursuant to §1145 of ERISA, Defendants are required to pay contributions to plaintiffs in accordance with the terms and conditions of the Trust Agreements.  *See* 29 U.S.C. §1145.

26.    Defendants are required under the Collective Bargaining Agreement and Trust Agreements to prepare and submit each month completed contribution reporting forms to the Mid Central Operating Engineers Health and Welfare Fund, which provide information needed in order to accurately assess the contributions and other amounts due and payable to the Mid Central

Operating Engineers Health and Welfare Fund and the other plaintiffs ("Monthly Reports").

27. Defendants are required under the Collective Bargaining Agreement and Trust Agreements to prepare and submit completed Monthly Reports to Mid Central Operating Engineers Health and Welfare Fund, along with the appropriate payments of contributions owed to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs, on or before the 15th day of the calendar month following the month in which the contributions and other amounts accrued.

28. Defendants are delinquent in reporting information and paying contributions to the Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs if Monthly Reports with the appropriate payments are not sent to Mid Central Operating Engineers Health and Welfare Fund by the 15th day of each month.

## COUNT I
## Delinquent Contributions and Other Amounts-Maltby Excavating, Inc.

1-28. Paragraphs 1 through 28 are re-asserted and re-alleged as and for paragraphs 1 through 28 of count I as if fully set forth herein.

29. Maltby Excavating, Inc. performed construction work during the months of June 2025 and March 2026, which was covered work under the Collective Bargaining Agreement and gave rise to an obligation to pay contributions to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs for each hour of work performed by its employees.

30. Mid Central Operating Engineers Health and Welfare Fund has received payroll information from employees of Maltby Excavating, Inc. detailing hours of work they performed during the months of June 2025 and March 2026, for which contributions have not been paid to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs.

31. Maltby Excavating, Inc. is delinquent in submitting Monthly Reports and paying

contributions for the months of June 2025 and March 2026 (collectively, the "Delinquent Months").

32.     Mid Central Operating Engineers Health and Welfare Fund has calculated the contributions owed by Maltby Excavating, Inc. based upon the payroll information received for the hours of work performed during the months of January 2026 and March 2026, which total $37,990.47.

33.     Maltby Excavating, Inc. breached the provisions of the Collective Bargaining Agreement and Trust Agreements by being delinquent in submitting Monthly Reports and in failing to pay all contributions owed to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs for the hours of work performed by its employees during the Delinquent Months.

34.     Pursuant to applicable provisions of the Collective Bargaining Agreement, Trust Agreements and under ERISA, Maltby Excavating, Inc. has been assessed and owes liquidated damages for unpaid contributions and for paid contributions that were not paid on time.

35.     Mid Central Operating Engineers Health and Welfare Fund has calculated that Maltby Excavating, Inc. owes liquidated damages of $3,724.80 on unpaid contributions and $1,288.36 on paid contributions (the "Liquidated Damages").

36.      Pursuant to applicable provisions of the Collective Bargaining Agreement, Trust Agreements and under ERISA, Maltby Excavating, Inc. has been assessed and owes interest on unpaid contributions and paid contributions that were not paid on time.

37.     Mid Central Operating Engineers Health and Welfare Fund has calculated that Maltby Excavating, Inc. owes interest totaling $392.54 on unpaid contributions and $127.09 on paid contributions as of May 1, 2026, which amounts continue to accrue (the "Interest").

38.     Mid Central Operating Engineers Health and Welfare Fund has demanded that Maltby Excavating, Inc. pay Mid Central Operating Engineers Health and Welfare Fund the Delinquent Contributions, Liquidated Damages and Interest for the Delinquent Months, but Maltby Excavating, Inc. has refused or otherwise failed to pay these amounts to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs.

39.     Pursuant to the Trust Agreements and under ERISA, Maltby Excavating, Inc. is liable for reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs in the collection of delinquent contributions.

WHEREFORE, plaintiffs pray as follows:

A.     That judgment is entered in favor of plaintiffs, MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al*., and against defendant, Maltby Excavating, Inc.., in the sum of $37,990.47 for unpaid contributions, liquidated damages in the amount of $5,013.16, and interest in the amount of $519.63 through May 1, 2026 and additional amounts accruing through the date of judgment.   .

B.     Maltby Excavating, Inc. is decreed to pay to the plaintiffs their reasonable attorneys' fees and costs, as provided by ERISA (29 U.S.C. Section 1132(g)(2));

C.     That Maltby Excavating, Inc. is decreed to pay all costs attendant to these proceedings; and

D.     That the plaintiffs are awarded, at Maltby Excavating, Inc.'s cost, such further and other relief as may be available under ERISA, the Trust Agreements, the Collective Bargaining Agreement, or as is otherwise just and equitable.

## COUNT II
## Delinquent Contributions and Other Amounts-Maltby AG Unlimited, Inc.

1-28.    Paragraphs 1 through 28 are re-asserted and re-alleged as and for paragraphs 1 through 39 of count II as if fully set forth herein.

40.    Maltby AG Unlimited, Inc. performed construction work during the months of June 2025 and March 2026, which was covered work under the Collective Bargaining Agreement and gave rise to an obligation to pay contributions to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs for each hour of work performed by its employees.

41.    Mid Central Operating Engineers Health and Welfare Fund has received payroll information from employees of Maltby AG Unlimited, Inc.. detailing hours of work they performed during the months of June 2025 and March 2026, for which contributions have not been paid to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs.

31.    Maltby AG Unlimited, Inc. is delinquent in submitting Monthly Reports and paying contributions for the months of October 2025 and March 2026 (collectively, the "Delinquent Months").

32.    Mid Central Operating Engineers Health and Welfare Fund has calculated the contributions owed by Maltby AG Unlimited, Inc. based upon the payroll information received for the hours of work performed during the months of October 2025 and March 2026, which total $67,584.17.

33.    After demand, Maltby Excavating, Inc. made delinquent contributions for several months but has paid contributions to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs for work performed by its employees for work performed between June 2025 and March 2026. (the "Delinquent Contributions").

34.    Maltby Excavating, Inc. breached the provisions of the Collective Bargaining

Agreement and Trust Agreements by being delinquent in submitting Monthly Reports and in failing to pay all contributions owed to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs for the hours of work performed by its employees during the Delinquent Months.

35.     Pursuant to applicable provisions of the Collective Bargaining Agreement, Trust Agreements and under ERISA, Maltby Excavating, Inc. has been assessed and owes liquidated damages for unpaid contributions and for paid contributions that were not paid on time.

36.     Mid Central Operating Engineers Health and Welfare Fund has calculated that Maltby AG Unlimited, Inc. owes liquidated damages totaling $6,614.79 on unpaid contributions (the "Liquidated Damages").

37.      Pursuant to applicable provisions of the Collective Bargaining Agreement, Trust Agreements and under ERISA, Maltby AG Unlimited, Inc. has been assessed and owes interest on unpaid contributions and paid contributions that were not paid on time.

38.     Mid Central Operating Engineers Health and Welfare Fund has calculated that Maltby AG Unlimited, Inc. owes interest totaling $1,591.11 as of May 1, 2026, which amounts continue to accrue (the "Interest").

39.     Mid Central Operating Engineers Health and Welfare Fund has demanded that Maltby AG Unlimited, Inc. pay Mid Central Operating Engineers Health and Welfare Fund the Delinquent Contributions, Liquidated Damages and Interest for the Delinquent Months, but Maltby AG Unlimited, Inc. has refused or otherwise failed to pay these amounts to Mid Central Operating Engineers Health and Welfare Fund and the other plaintiffs.

41.     Pursuant to the Trust Agreements and under ERISA, Maltby AG Unlimited, Inc. is liable for reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Mid

Central Operating Engineers Health and Welfare Fund and the other plaintiffs in the collection of delinquent contributions.

WHEREFORE, plaintiffs pray as follows:

A.      That judgment is entered in favor of plaintiffs, MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al.*, and against defendant, Maltby AG Unlimited, Inc. in the sum of $67,584.17 for unpaid contributions, liquidated damages in the amount of $6,614.79, and interest in the amount of $1,591.11 through May 1, 2026 and additional amounts accruing through the date of judgment.   .

B.      Maltby AG Unlimited, Inc. is decreed to pay to the plaintiffs their reasonable attorneys' fees and costs, as provided by ERISA (29 U.S.C. Section 1132(g)(2));

C.      That Maltby AG Unlimited, Inc. is decreed to pay all costs attendant to these proceedings; and

D.      That the plaintiffs are awarded, at Maltby AG Unlimited, Inc.'s cost, such further and other relief as may be available under ERISA, the Trust Agreements, the Collective Bargaining Agreement, or as is otherwise just and equitable.

MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al.*, plaintiffs,

By:     s/ August Appleton
        August Appleton
        CAVANAGH & O'HARA LLP
        Attorneys for Plaintiffs
        2319 West Jefferson Street
        Springfield, IL 62702
        (217) 544-1771 – Telephone
        (217) 544-9894 – Facsimile
        august@cavanagh-ohara.com